**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:16-CR-00074 |
| | § | |
| **NOELIA GISSLE RODRIGUEZ(2),** | § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES TIM MENCHU and enters his appearance as retained counsel of record

for NOELIA GISSLE RODRIGUEZ in the above styled and numbered cause.

RESPECTFULLY SUBMITTED,

By: *s/s Tim Menchu*
TIM MENCHU
2603 OAK LAWN AVE. SUITE #200
DALLAS TX 75219
PHONE: (214) 522-7405
timmenchu@gmail.com
STATE BAR #00791247

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the above and foregoing Notice of Appearance was forwarded by electronic filing to Ernest Gonzalez, the Assistant United States Attorney handling this case on this the 15th day of June 2016.

*s/s Tim Menchu*
Tim Menchu